B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re ROSA HAYDEE GONZALEZ MILLAN,     Case No. 14-10310-ESL13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rushmore Loan Management Services as servcing agent of Roosevelt Cayman Asset Company II
Name of Transferee

Doral Bank
Name of Transferor

Name and Address where notices to transferee should be sent:
PO Box 52262
Irvine, CA 92619-2262

Court Claim # (if known): 4-1
Amount of Claim: 34450.97
Date Claim Filed: 02/24/2015

Phone: 877-509-8388
Last Four Digits of Acct #: 9520

Phone: 787-474-6632
Last Four Digits of Acct. #: 7822

Name and Address where transferee payments should be sent (if different from above):
PO Box 11907
San Juan, PR 00922

Phone: 877-509-8388
Last Four Digits of Acct #: 9520

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Janice Munich Burgos     Date: 03/26/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.